UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KAREN COCKRELL; LORILEE COHOON; :
STEPHANIE COLE; EMMA COLE; DIANE :
COLEMAN; LETITIA CONLIFFE; GUSSIE :
CONNER; LUCY CAROL COOK; NANCY :
COURTNEY; JAN COVINGTON; NANCY :
CRAWFORD; DONALD CRAWFORD; RITA :
CREEL; JACQUELINE CREER; JUNE :
CRISTIANO; ETTA CROCKER; CLARA :
CROCKETT; NICOLEE CROTEAU; LEONORA :
CRUMP; ETHEL CURTIS, :
                                           :
        Plaintiffs,                        :        Civil Action
v.                                         :        No. 04-11202-GAO
                                           :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
                                           :
        Defendants.                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer

Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 24, 2004                              Respectfully submitted,
      Boston, Massachusetts

                                      /s/Matthew J. Matule
                                      Matthew J. Matule (BBO #632075)
                                      SKADDEN, ARPS, SLATE,
Of Counsel:                                        MEAGHER & FLOM LLP
Barbara Wrubel                                   One Beacon Street
Katherine Armstrong                              Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                            (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                   Counsel for Defendant
                                       Boehringer Ingelheim Pharmaceuticals, Inc.