UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KAREN COCKRELL; LORILEE COHOON;         :
STEPHANIE COLE; EMMA COLE; DIANE        :
COLEMAN; LETITIA CONLIFFE; GUSSIE       :
CONNER; LUCY CAROL COOK; NANCY          :
COURTNEY; JAN COVINGTON; NANCY          :
CRAWFORD; DONALD CRAWFORD; RITA         :
CREEL; JACQUELINE CREER; JUNE           :
CRISTIANO; ETTA CROCKER; CLARA          :
CROCKETT; NICOLEE CROTEAU; LEONORA      :
CRUMP; ETHEL CURTIS,                    :
                                        :
      Plaintiffs,                       :    Civil Action
v.                                      :    No. 04-11202-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
      Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 24, 2004
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.