UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KAREN COCKRELL; LORILEE COHOON; :
STEPHANIE COLE; EMMA COLE; DIANE
COLEMAN; LETITIA CONLIFFE; GUSSIE :
CONNER; LUCY CAROL COOK; NANCY
COURTNEY; JAN COVINGTON; NANCY :
CRAWFORD; DONALD CRAWFORD; RITA
CREEL; JACQUELINE CREER; JUNE :
CRISTIANO; ETTA CROCKER; CLARA
CROCKETT; NICOLEE CROTEAU; LEONORA :
CRUMP; ETHEL CURTIS,
                                                                    :
        Plaintiffs,                                                 :   Civil Action
v.                                                                      No. 04-11202-GAO
                                                                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME    :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-   :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS  :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,    :
                                                                    :
        Defendants.                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  September 2, 2004<br>         Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |