UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KAREN COCKRELL; LORILEE COHOON;                :
STEPHANIE COLE; EMMA COLE; DIANE               :
COLEMAN; LETITIA CONLIFFE; GUSSIE              :
CONNER; LUCY CAROL COOK; NANCY                 :
COURTNEY; JAN COVINGTON; NANCY                 :
CRAWFORD; DONALD CRAWFORD; RITA                :
CREEL; JACQUELINE CREER; JUNE                  :
CRISTIANO; ETTA CROCKER; CLARA                 :
CROCKETT; NICOLEE CROTEAU; LEONORA             :
CRUMP; ETHEL CURTIS,                           :
                                               :
        Plaintiffs,                            :   Civil Action
v.                                             :   No. 04-11202-GAO
                                               :
INDEVUS PHARMACEUTICALS, INC., F/K/A           :
INTERNEURON PHARMACEUTICALS, INC.;             :
WYETH, INC., F/K/A AMERICAN HOME               :
PRODUCTS CORPORATION; WYETH                    :
PHARMACEUTICALS, INC F/K/A WYETH-              :
AYERST PHARMACEUTICALS, INC., A                :
DIVISION OF AMERICAN HOME PRODUCTS             :
CORPORATION; AND BOEHRINGER                    :
INGELHEIM PHARMACEUTICALS, INC.,               :
                                               :
        Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: September 2, 2004<br>    Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |